OFFICE OF THE FEDERAL DEFENDER
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA  95814
(916) 498-5700 Fax: (916) 498-5710

Heather E. Williams  Linda C. Harter
*Federal Defender*  *Chief Assistant Defender*

# MEMORANDUM

Date:   October 30, 2014

To:   Kyle Owen, Courtroom Clerk to the
 Honorable Carolyn K. Delaney

From   Adriana Mendez, Legal Assistant to
 Benjamin D. Galloway, Assistant Federal Defender

Subject   *United States v. Andre Jamison*
 2:14-MJ-0243 CKD

Please be advised that this case has been assigned to Benjamin Galloway, Assistant Federal Defender. Please remove Matthew C. Bockmon from your CM/ECF service list and correct your records to reflect the above change.

Please feel free to contact our office if you have any questions or concerns. Thank you for your assistance in this matter.

BDG/am