MARK J. REICHEL, State Bar #155034
REICHEL & PLESSER L.L.P.
455 CAPITOL MALL, 8th Floor, Suite 802
Sacramento, California 95814
Telephone: (916) 498-9258
FAX:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
CLARENZO GRIFFIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>CLARENZO GRIFFIN<br><br>        Defendant. | Case No. 14 Cr-s-310 KJM<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL**<br><br>Date:<br>Time:<br>Judge: HONORABLE KIMBERLY J. MUELLER |

Defense counsel for Mr. Griffin, attorney Mark Reichel, hereby withdraws as counsel of record as defendant as retained new and different counsel.

DATED: February 5, 2015

                                           /s/   *MARK J. REICHEL*
                                            Attorney for Defendant

Status of counsel memorandum