LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
428 J Street, Suite 350
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com

Attorney for Defendant
RODNEY RACKLEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CLORENZO GRIFFIN, ANDRE JAMISON, and RODNEY RACKLEY,<br><br>　　　　　Defendants. | Case No.: 2:14-CR-310 KJM<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:　　August 12, 2015<br>Time:　　9:00 a.m.<br>Court:　　Hon. Kimberly J. Mueller |

　　　　　The parties to this action, Plaintiff United States of America by and through Assistant

United States Attorney Jason Hitt, and Defendant Clorenzo Griffin by and through his attorney

Brian H. Bieber, Defendant Andre Jamison by and through his attorney Assistant Federal

Defender Benjamin D. Galloway, and Defendant Rodney Rackley by and through his attorney

ORDER CONTINUING STATUS
CONFERENCE

Todd D. Leras, request that the Court continue the status conference in this matter to August 12, 2015, at 9:00 a.m.

Defense counsel are engaged in ongoing investigation and require additional time to complete these matters and review the results with their respective clients. In addition, the government has represented that proposed resolution offers will be forthcoming in the near future. Once these proposals are delivered counsel will require additional time to consult with their respective clients about them. It is anticipated by all parties that continuance of this matter to allow completion of investigation and review of settlement proposals may result in the resolution of the case as to some or all of the defendants on August 12, 2015.

For the reasons stated in the preceding paragraph, the parties are requesting to continue the status conference to August 12, 2015. They also stipulate and agree that an exclusion of time up to and including August 12, 2015, is appropriate based on the need for reasonable preparation time.

All counsel have reviewed this proposed order and authorized Todd D. Leras to sign it on their behalf.

DATED: May 29, 2015

By   /s/ Todd D. Leras for
JASON HITT
Assistant United States Attorney

DATED: May 29, 2015

By   /s/ Todd D. Leras for
BRIAN H. BIEBER
GRAY/ROBINSON
Attorneys for Defendant
CLORENZO GRIFFIN

ORDER CONTINUING STATUS CONFERENCE

DATED: May 29, 2015      By    /s/ Todd D. Leras for
                                BENJAMIN D. GALLOWAY
                                Assistant Federal Defender
                                Attorney for Defendant
                                ANDRE JAMISON

DATED: May 29, 2015      By    /s/ Todd D. Leras
                                TODD D. LERAS
                                Attorney for Defendant
                                RODNEY RACKLEY

ORDER CONTINUING STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter scheduled for June 3, 2015, is vacated. A new status conference is scheduled for August 12, 2015, at 9:00 a.m. The Court further finds, based on the representations of the parties, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendants in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(4) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from June 3, 2015, up to and including August 12, 2015.

DATED: _____, 2015

                                        HONORABLE KIMBERLY J. MUELLER
                                        UNITED STATES DISTRICT JUDGE

ORDER CONTINUING STATUS CONFERENCE