BENJAMIN B. WAGNER
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2751
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>CLORENZO GRIFFIN,<br>ANDRE JAMINSON, and<br>RODNEY RACKLEY.<br><br><br>                              Defendants. | CASE NO. 2:14-CR-0310 KJM<br><br>NOTICE OF REQUEST TO SEAL PLEA<br>AGREEMENTS OF DEFENDANTS JAMISON<br>AND RACKLEY |

        Pursuant to Local Rule 141(b), the United States, by and through Assistant United States

Attorney Jason Hitt, provides notice that it is requesting to file the plea agreements for defendants

Andrew JAMISON and Rodney RACKLEY under seal in connection with this criminal prosecution.

The request for sealing is based upon the concerns articulated in the United States's Request to Seal.

The plea agreements were provided to the Court by electronic mail and this Notice of Request to Seal

will be served on all parties through the Court's ECF/PACER system.  The Request to Seal and

Proposed Order will be sent to the Court for consideration by electronic mail.

1      For these reasons, the government respectfully requests that the plea agreements remain under

2 seal until further Order of the Court.

3

4 Dated:  September 14, 2015                    /s/ Jason Hitt

5                                              JASON HITT
                                             Assistant United States Attorney

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28