| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| Plaintiff, | |
| v. | CASE NO. **2:14–CR–00310–KJM** |
| **ANDRE JAMISON , ET AL.,** | SCHEDULE FOR DISCLOSURE OF PRE–SENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRE–SENTENCE REPORT |
| Defendant. | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court.

| | |
|---|---|
| Date of referral to Probation Officer: | **9/16/2015** |
| Judgment and sentencing date: | **12/9/2015** |
| Reply or statement of non–opposition: | **12/2/2015** |
| Motion for correction of the Pre–Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | **11/25/2015** |
| The Pre–Sentence Report shall be filed with the court and disclosed to counsel no later than: | **11/18/2015** |
| Counsel's written objections to the Pre–Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | **11/10/2015** |
| The Proposed Pre–Sentence Report shall be disclosed to counsel no later than: | **10/28/2015** |
| Copies of this schedule given this date in court to: | AUSA – Defense Counsel – USPO |

Dated:  September 16, 2015            By: /s/ C. Schultz
                                                        COURTROOM CLERK