The Honorable Kimberly J. Mueller
United States District Judge
c/o Benjamin Galloway
Office of the Federal Defender
801 1 Street, 3rd Floor
Sacramento, CA 95814

EXHIBIT A
Andre Jamison, 14-310-KJM

I am writing in reference to case no;14-310-KJM which involves. Andre Jamison, I have known Andre all of his life, I believe I am in a position to speak to Andre's moral charcter, in the past few month of his incarceration and the time that I have spoke to him i know he is very,very sorry about the mistake he has made and reget it has he as express that to me on several occasion,so I hope you will take this letter into account when making your decision.

I wanted to write from a father perspective, which is obviously a bit blased, to let you know what kind of person my son is , but don,t assume that I,ll be writing glowing things simply because Andre is my son, please understand that I would be impressed and in awe of him even if he weren,t related to me ,that just how amazing he is ,from the time he was a little boy my son has been a kind and generous soul.he was always quick to give a hug or a kiss to me or his mother and the first to deference to the less fortunate, he was also an incredibly student and in sports, ,often forsaking social events in order to make sure that he understood the work given to him by a teacher. my son is a tatented wonderful person, and I wish I could say that I had everything to do with it. but I think it,s just the way he is , and would be with or without my help.I,m sure you will find him to be everything I ,ve described and more. Please feel free to contract me with any question.
Andrew Jamison

The Honorable Kimberly J. Mueller
United States District Judge
c/o Benjamin Galloway
Office of the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814

October 9, 2015

The Honorable Kimberly J. Mueller

    My name is Felicia Seabrook and I'm writing this letter in reference to my friend Andre Jamison who is currently incarcerated at the Sacramento Main Jail. Andre is from Miami, Florida and has been a friend of mine for the past 15 years. By profession he was a barber in Ft. Lauderdale, Fl., a successful business owner for the past 8 years or more. Andre was my 9 year old son's deceased father's barber and we quickly became good friends after the death of my son's father Andre reached out and offered his services at no charge to me and my son because he is that kind of a person. Andre has mentored and taken time out of his life the be there for my son Christopher, he himself has three beautiful daughters whom I know are hurt by this selfish act. Andre clearly he made a very bad decision but with child support and about to lose his shop I can understand his frustration. Andre has disappointed alot of people that depended on him and I'm sure that will haunt him far worse than the time that will be handed down to him by the courts. Andre has always been a very polite and humble person and extremely passionate about the children. I sincerely hope the courts find it within their hearts to grant a fair but forgiving sentence upon him. He is loved and missed in our community. Thank you for your time.

Sincerely,

Felicia D. Seabrook
@yahoo.com

TO: The Honorable Kimberly J. Mueller
United States District Judge
c/o Benjamin Galloway
Office of the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814

Your Honor,

I am writing a character reference for my nephew, Andre Jamison, who has been charged with a Federal Drug offence.

When I heard of the news, I was upset and disappointed, he has never been a person that would cause any significant disappointments. As his aunt, Andre and I have been very close from his childhood. I babysat him and his siblings, he's like a son to me. I watched him grow from a child to a young man, graduating high school and becoming a devoted and loving husband. Being there for me anytime I called or needed him. Andre has never previously been involved with drugs and certainly not taking any. I understand that he was going through emotional and financial stress, also dealing with the loss of his own barber shop, which he was so proud of. Giving back something to the community, giving haircuts to young men who are less fortunate. He led a positive lifestyle earning respect, not only from me but, his friends and family. Andre is a person of good moral character, this may seem hard to believe, given the circumstances. It's how I feel nonetheless; I'm convinced that Andre is a decent person. He just needs us to believe in him, he can once again, be the person I know and will always LOVE. I am confident that this experience will remain a learning lesson to Andre, that he will use from here onward. He is remorseful and is willing to except his wrong doing and will do whatever it takes. He worries about the criminal charges against him will affect his life and the lives of others. My family and I will support him and wishes the best outcome for his case and a healthier lifestyle.

Should you need to contact me, feel free at 78                   .

Thank You, *[signature: Mrs. Brenda Roundtree]*
Brenda Roundtree

Tashaun Newman-Jamison

October 12, 2015

Honorable Judge Kimberly J. Mueller
United States District Judge
C/o Benjamin Galloway
Office of the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA. 95814

Dear Honorable Judge Kimberly J. Mueller:

My name is Tashaun Newman-Jamison, and I am writing you regarding my husband, Andre Jamison **(Case No. CR 14-310-KJM).**

Before continuing, it would be unjust of me, not to acknowledge that Andre's action/actions were not righteous. In moving forward, I would like to give you a brief insight on the person I have known for over twenty-two years.

Andre and I met in high school and courted for several years there afterwards. We got married in November of 2004, and we have been blessed with three amazing daughters. Their ages range from 20 to 9 years. When we found out that I was pregnant with our first daughter Dymond, Andre was preparing for college and I was approaching my senior year of high school. Although it was a heavy blow to our families, we took on our responsibility as both parties should have. Despite our wishes, Andre enlisted into the Army instead of going off to college. His primary concern was to take care of our daughter. So needless to say, from day one he has been a provider to his family.

I have to commend him for his undying love for his children. From making certain that he was present to cut all three umbilical cords, to being by their side through sickness, and sharing joyful moments, speaks volume in my eyes. He is the type of father to run out to the pharmacy in the middle of the night if need be for his children or his wife. I can count numerous times, where he sat by their bedsides while they were ill. Due to him being a Barber, his schedule was a bit more flexible than mine. There were countless times, when the children took ill, that he would stay home to for them. All three of our daughters are literally, "Daddy's Little Girls". This circumstance has affected our daughters tremendously. It has been extremely difficult

dealing with the changes they have been going through since hearing of their father's situation. His three children, Dymond, Jazmin, and Kylee miss him so much words cannot express.

Andre grew up in a loving household with the support of both parents. Mr. and Mrs. Andrew Jamison, along with Andre's siblings are such loving human beings. This has affected the family as a whole – especially with Andre being the youngest of his family. Andre has always been loving and supportive of his immediate as well as his extended family.

I have been working for the State of Florida, Department of Transportation, as an Administrative Assistant for over sixteen years. During this time, I had to undergo a few surgeries. Each time, Andre was there for our children, as well as he nursed me back to health. Andre held the foundation of home together. When I would worry about the bills, he always remained optimistic by saying, "Everything is going to work itself out Baby."

Reflecting over the twenty-two years of knowing Andre, I can honestly say that he gives without looking for much in return. Outside of his family, every year for back-to-school he would offer free haircuts at the Barber Shop to the less fortunate children in the neighborhood. He also spent numerous Sundays, cutting hair at a local juvenile facility for troubled boys. In addition, he volunteered his time to an annual youth football camp his friend ran in his hometown in Texas. In Andre's profession, if he did not show up to work, he would not earn money. He worked mostly seven days a week in order for us to make ends meet. So saying he is a hard worker, is an understatement. Being a "Man" is all Andre has wanted to be for his family.

Being away from us is tearing Andre apart – I hear it in his voice each time we speak over the phone, and through his dictations. He has expressed time and time again that he is remorseful for his actions, and I know that he is sincere in his expressions. I pray that you have leniency on him. As I previously mentioned, by no means am I disregarding his wrong doing, but I am certain that he has learned from his mistake. He will have the support of his family upon his release. He has always been there for us; therefore, we will be there for him in his time of need. Thank you for your time Judge Kimberly J. Mueller.

If you require any additional information on my part, please feel free to contact me at (954) or email me at @comcast.net.

Sincerely,

Tashaun Newman-Jamison

M. DENISE HUTCHISON

Ft. Lauderdale, fl

11/18/2015

The Honorable Kimberly J. Mueller
United States District Judge
c/o Benjamin Galloway
Office of the Federal Defender
801 I Street, 3rd Floor
Sacramento, Ca 95814

Dear Judge Mueller

I'm M.Denise Hutchison a mail processing clerk for the USPS and Manicurist in Broward County, Florida. I have known Andre Dion Jamison-case# CR 14-310-kjm since 2005. Andre has been a friend as well as an employer to me. During this time he has always been giving, hardworking and family oriented. I'm aware of the crime Andre has committed, these crimes have not deterred me from supporting Andre. I can say he has been an asset to me and our community.

While working with Andre in his salon for over 4 years I was able to witness Andre give back to our community and fellow workers in the salon in several ways. The salon sponsored a toy drive, hair show, and back to school free hair cut event for needy families in our community. As a booth renter in Andre's salon if I didn't have my rent or was short he would allow me to pay later and offer encouraging words to keep pushing, he extended that courtesy to other workers as well. Andre is a very hard worker I watched him work 10 to 12 hour days cutting hair which inspired me to work harder in my business. Some of those hours Andre worked were sometimes for free. The salon was in an area where some of the patrons didn't have the money to pay but he wouldn't turn them away. Our community is a better place because of Andre having worked for him afforded others to start other salons, he gave homeless men janitorial jobs and mentored young men from his salon.

I talk to Andre weekly, I know he regrets and is ashamed of his actions. He speaks of his daughters whom he is very close with. This is the most time he has ever been away from his daughters who need his guidance and support. Andre is remorseful and has learned valuable lessons from his negative actions. I pray that this violation of the law doesn't overshadow all the good works and great person he truly is.

Thank you for your time.

Sincerely,

*M.Denise D. Hutchison*

The Honorable Kimberly J. Mueller
United States District Judge
c/o Benjamin Galloway
Office of the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814

My name is Carolyn Jamison I have retired from the Florence Country Sheriff Office (Detention) after 23 1/2 year. I am the mother of Andre Jamison, he is my youngest child out of (5) children. This is not Andre, something had to have happen to him to put him in that position he,s not in right mine, Andre is a good son I,m not making any excuses for him, what happen was wrong,Andre comes from a respectful, spiritual, and law abiding family. As Andre was growing- up he was very quite and kind of shy, he played little league football ,jv football in jr. high school. Andre is very kind hearted,he would give his last if you needed it, he loves his family always thinking about family reunions,how we don,t spend enough time with each other.He,s always their if you need him. Andre has (three) beautiful girls they are the light of his life,he is always jokeing something he with them also his wife. When his father got sick and in a coma for a week. He owed his barder shop, he dropped everything and came to see about his father in S.C., he is a loving son very free hearted before school started he would give free haircuuts to the kids that couldn,t afford one , also doing some holidays. He was a hard worker at his barber shop. He had bar-b- que,s for his community appreciation. If his client couldn,t come to him went to them, he is very thoughtful and understanding.If you needed him he was there for you I have talked with Andre since he has been incarcerated, he told me all the time he has learned his lesson , he into his bible more and a lot of things he really understand now, one is he needs to slow down and analize things, and he is sorry for letting his whole entire family down he know that he has hurt a lot of family and friends exspecially his wife and,his girls and his parent. He stated he is so very,very sorry.He knows that we all are disappointed in him,this isn.t the Andre everyone knows. He a shame, he comes from a good family.he has a brother and sister that work in law enforcement, he is shame and sorry. I am Andre,s mother yes he was wrong for what he did,i don,t know where his mind was, he knows if he was having that big of a problem he could have come to his parents.We didn,t know anything was going on with him, he kept a lot things from us with what ever was going on in his life.Andre is a a good son, he went the wrong way, please have mercy on my son Judge Mueller Andre Family needs him.

       Thanks you for taking the time to read this letter.
       Carolyn Jamison

EXHIBIT B
Andre Jamison, 14-310-KJM

10·5·15

First I want to start by saying I apologize to the victims, judicial system, law enforcement agencies, and the citizens of Sacramento. Through my selfish act I offended a lot of people with my actions. I sincerely regret my wrong doing, and I'm disappointed in my decision that I made to break the law. I was a successful business owner for ten years in Broward County, Florida. I am currently married with three beautiful daughters. The first five years of my business was great, I had sixteen employee's. Over the next five years my business started to deteriorate immensely. I lost ten employee's due to them finding other jobs and relocating with their families. I applied for loans and credit cards with my financial institution, Washington Mutual at the time. I was denied due to lack of revolving credit. I had a cash flow business and always paid everything with cash, I never established any credit. With a failing business also led to marital problems. Financially I couldn't afford to take care of my family and maintain the business. My wife and I seperated, with no where to go I was living in my salon. Desperate to do what ever it took to take care of my wife, three daughter, and a dwindling business I made a terrible decision to make some money. Once a pioneer in the community, I know I can continue to be a productive member of society. As I move forward in my life I would like to put this behind me, and be the best father, husband that I can be.